1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7

HAROLD D. HARDEN,

Case No. 2:15-cv-01168-RFB-NJK

8

Plaintiff,

**ORDER TO PRODUCE
HAROLD D. HARDEN**

9

v.

10

HIGH DESERT STATE PRISON, *et al.*,

11

Defendants.

12
13

TO:      DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and

14

TO:      RENEE BAKER, WARDEN, ELY STATE PRISON
           ELY, NV

15

UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

16
17
18
19

**THE COURT HEREBY FINDS** that **HAROLD D. HARDEN, #96165**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Indian Springs, Nevada.

20
21
22
23
24
25
26
27

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall transport and produce **HAROLD D. HARDEN, #96165**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Thursday, August 27, 2015, at the hour of  11:30 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **HAROLD D. HARDEN, #96165**, is released and discharged by the said  Court;  and that **HAROLD D. HARDEN, #96165**, shall thereafter be returned to the custody  of the Warden, Ely State Prison, Ely, NV, under safe and secure conduct.

28

1

**DATED** this 17th day of August, 2015.

2

3

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28