UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAROLD D. HARDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>        Defendants. | Case No. 2:15-cv-01168-RFB-NJK<br><br>**ORDER TO PRODUCE**<br>**HAROLD D. HARDEN, #96165** |

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     RENEE BAKER, WARDEN, ELY STATE PRISON, ELY, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **HAROLD D. HARDEN, #96165**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall transport and produce **HAROLD D. HARDEN, #96165**, to the Bruce R. Thompson Federal Building and United States Courthouse, 400 S. Virginia Street in Reno, Nevada on or about Monday, March 21, 2016, at the hour of 11:30 a.m., courtroom to be determined, to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **HAROLD D. HARDEN, #96165**, is released and discharged by the said Court; and that **HAROLD D. HARDEN, #96165**, shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, NV, under safe and secure conduct.

**DATED** this 11th day of March, 2016.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**