**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAROLD D. HARDEN, | Case No. 2:15-cv-01168-RFB-CWH |
| Plaintiff, | |
| v. | |
| HIGH DESERT STATE PRISON, et al., | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff's motion (ECF No. 122) for copies of filed documents, filed on September 13, 2016. Defendants have not filed a response.

Plaintiff represents that certain documents were not delivered to him in their entirety and requests that complete copies be sent. Upon review, the court will grant Plaintiff's request.

IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 122) is GRANTED. The Clerk of Court will send Plaintiff copies of ECF Nos. 97, 111, 112, 113, 114, and 116.

DATED: September 15, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge