**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HAROLD HARDEN,                        ) Case No. 2:15-cv-01168-RFB-CWH
                                      )
      Plaintiff,                      )
                                      )
  v.                                  )
                                      )
HIGH DESERT STATE PRISON, et al.,     ) **ORDER**
                                      )
      Defendants.                     )
                                      )
_____)

      Presently before the court is Plaintiff's motion (ECF No. 137), filed on September 28, 2016, to request corrections of the labeling of ECF No. 134. Defendants have not filed a response.

      Plaintiff brings to the court's attention a labeling error on ECF No. 134. The Clerk has modified the error, and the docket's label for ECF No. 134 now accurately reflects the nature of the document. Having corrected the error, no further action is necessary from the court.

      IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 137) to request corrections is DENIED as moot.

      DATED: September 30, 2016.

                                                        _____
                                                        C.W. Hoffman, Jr.
                                                        United States Magistrate Judge