UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD D. HARDEN, | Case No. 2:15-cv-01168-RFB-CWH |
| Plaintiff, | |
| v. | |
| HIGH DESERT STATE PRISON et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Plaintiff's motion for a copy of the docket (ECF No. 172), filed on January 10, 2017. To date, Defendants have not filed a response. Plaintiff represents that he is concerned that not all of his filings have been properly recorded on the docket, and requests a copy of the docket so as to check his records. Plaintiff has not previously requested a copy of the docket. Good cause being shown, the Court will instruct the Clerk to provide a copy of the docket to Plaintiff.

IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 172) is GRANTED. The Clerk of Court is instructed to print one copy of the docket in this case and mail it to Plaintiff.

DATED: January 12, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1