UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HAROLD D. HARDEN,<br><br>         Plaintiff,<br><br>   v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>         Defendants. | Case No. 2:15-cv-01168-RFB-NJK<br><br>**ORDER TO PRODUCE<br>HAROLD D. HARDEN,<br>#96165** |

TO:   DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:   RENEE BAKER, WARDEN, ELY STATE PRISON
          ELY, NV

**THE COURT HEREBY FINDS** that **HAROLD D. HARDEN, #96165**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall transport and produce **HAROLD D. HARDEN, #96165**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Monday, March 27, 2017, at the hour of 3:00 PM, in LV Courtroom 7D to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **HAROLD D. HARDEN, #96165**, is released and discharged by the said Court; and that **HAROLD D. HARDEN, #96165**, shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, NV, under safe and secure conduct.

/ / /

/ / /

1       **DATED** this <u>2nd</u> day of March, 2017.

                                                        **RICHARD F. BOULWARE, II**
                                                        **UNITED STATES DISTRICT JUDGE**