UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HAROLD D. HARDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>        Defendants. | Case No. 2:15-cv-01168-RFB-NJK<br><br>**AMENDED ORDER<br>TO PRODUCE<br>HAROLD D. HARDEN,<br>#96165** |

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    ISIDRO BACA, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NV

    **THE COURT HEREBY FINDS** that **HAROLD D. HARDEN, #96165**, is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center, Carson City, Nevada.

    **IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center, or his designee, shall transport and produce **HAROLD D. HARDEN, #96165**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Monday, March 27, 2017, at the hour of 3:00 PM, in LV Courtroom 7D to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **HAROLD D. HARDEN, #96165**, is released and discharged by the said Court; and that **HAROLD D. HARDEN, #96165**, shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, Carson City, NV, under safe and secure conduct.

/ / /

/ / /

1       **DATED** this 21st day of March, 2017.

                                                     **RICHARD F. BOULWARE, II**
                                                     **UNITED STATES DISTRICT JUDGE**