**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAROLD D. HARDEN, | Case No. 2:15-cv-01168-RFB-CWH |
| Plaintiff, | |
| v. | |
| HIGH DESERT STATE PRISON, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Plaintiff's motion (ECF No. 185) for a copy of the minutes of proceedings of the Court's hearing on March 3, 2017 (ECF No. 182). Plaintiff requests a copy of the order for reference. Good cause being shown, the Court will grant the motion.

IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 185) is GRANTED. The Clerk shall mail Plaintiff a copy of this order, along with the minutes of proceedings (ECF No. 182) from the hearing held on March 3, 2017.

DATED: April 7, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1